UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

DAVID H. TRAUTWEIN,            )
                               )
            Plaintiff,         )
                               )
       vs.                     )    No. 4:06-CV-01787 CEJ
                               )
MICHAEL J. ASTRUE,             )
Commissioner of Social         )
Security,                      )
                               )
            Defendant.         )

## ORDER

On June 12, 2007, plaintiff David H. Trautwein filed a motion for attorney's fees. The supporting document, Attorney Fee Contract for Social Security Benefits/SSI Fee Agreement and Assignment contains the social security number of a party. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to the Contract and Fee Agreement [# 19-2].

**IT IS FURTHER ORDERED** that plaintiff shall have five days from the date of this order in which to re-file the Contract and Fee

Agreement, redacted in compliance with the Administrative Order of October 8, 2004.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 26th day of June, 2007.